

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00652-CV

**IN THE INTEREST OF R. P.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-01371
Honorable Raul Perales, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Beth Watkins, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: August 30, 2023

MOTION TO ABATE DENIED; DISMISSED FOR LACK OF JURISDICTION

On July 5, 2023, appellant filed a notice of appeal challenging an order of termination signed on June 29, 2023 by an associate judge. Appellant then filed a "Motion To Abate Accelerated Time Table," requesting we abate the accelerated timelines because she timely filed a request for a de novo hearing before the referring court pursuant to section 201.015 of the Texas Family Code. Appellant further stated the trial court scheduled the de novo hearing for July 20, 2023. We then received the clerk's record, which confirmed appellant's request for a de novo hearing was timely filed.

Generally, "an appeal may be taken only from a final judgment." *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An associate judge does not have the power to render a final judgment outside the context of certain limited exceptions listed in section 201.007 of the

Texas Family Code. TEX. FAM. CODE § 201.007(a)(14) (listing orders associate judges may render and sign); *In re C.R-A.A.*, No. 04-16-00587-CV, 2016 WL 6238237, at *1 (Tex. App.—San Antonio Oct. 26, 2016, no pet.) (mem. op.). Thus, "[u]nless authorized by section 201.007, an associate judge's proposed order or recommendation has only temporary effect, pending appeal to the referring trial court." *C.R-A.A.*, 2016 WL 6238237, at *1; *see* TEX. FAM. CODE § 201.013(a); *Chacon v. Chacon*, 222 S.W.3d 909, 913 (Tex. App.—El Paso 2007, no pet.) ("An associate judge's orders or recommendations have only temporary effect, pending appeal to a referring court."). In other words, when a party timely files a request for a de novo hearing before the referring court, an associate judge's order is not a final, appealable order. *C.R-A.A.*, 2016 WL 6238237, at *1.

Here, none of the exceptions listed in section 201.007 apply, and appellant timely filed a request for a de novo hearing. *See* TEX. FAM. CODE § 201.007(a)(14). As a result, the associate judge's order is interlocutory and not a final, appealable order. *See C.R-A.A.*, 2016 WL 6238237, at *1; *see also* TEX. FAM. CODE § 201.013(a); *Chacon*, 222 S.W.3d at 913. We therefore ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3. Appellant filed a response, stating the referring court held a de novo hearing, and a proposed order has been presented to the referring court.

Accordingly, because appellant's response confirms the June 29, 2023 order of termination is not a final, appealable order, we dismiss this appeal for lack of jurisdiction. *See In re J.A.D.L.*, No. 04-18-00141-CV, 2018 WL 1936866, at *1 (Tex. App.—San Antonio Apr. 25, 2018, no pet.) (mem. op.) (concluding order terminating parents' parental rights was interlocutory after father timely filed request for de novo hearing); *C.R-A.A.*, 2016 WL 6238237, at *1 (dismissing appeal for lack of jurisdiction after concluding order of termination was interlocutory because party timely requested de novo hearing); *see also* TEX. R. APP. P. 42.3(a). Appellant's motion to abate the

appeal is denied.  Should appellant seek to appeal the referring trial court's final judgment or order adopting the associate judge's order of termination, she must file a new notice of appeal.  *See C.R-A.A.*, 2016 WL 6238237, at *1 ("Following rendition of a final judgment or order adopting the associate judge's recommendation, any appealing party must file a new notice of appeal."); *see also* TEX. R. APP. P. 26.1(b) (stating notice of appeal in accelerated appeal must be filed within twenty days after challenged judgment or order).

PER CURIAM